AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Susan E. Fairchild  Telephone: (313) 226-9577
Agent: Mark I. Vincent  Telephone: (810) 989-5056

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Marvin GONZALEZ-PINEDA, a/k/a Mario SANCHEZ GONZALEZ

Case No.   Case: 2:25−mj−30701
Assigned To : Unassigned
Assign. Date : 11/17/2025
Description: CMP USA V. GONZALEZ−PINEDA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 12, 2025__ in the county of __St. Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attachd Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark I. Vincent, Border Patrol Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __November 17, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Kimberly Altman, United States Magistrate Judge
_____
Printed name and title

I, Mark I. Vincent, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol.  I have been employed in this capacity since December 14, 2009.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Marvin GONZALEZ-PINEDA, which attests the following:

2.      The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      Marvin GONZALEZ-PINEDA, a/k/a Mario SANCHEZ GONZALEZ is a forty-two-year-old native and citizen of Honduras, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.      On or about May 22, 2007, GONZALEZ-PINEDA was encountered by U.S. Border Patrol agents at or near Hidalgo, Texas. GONZALEZ-PINEDA was issued an Expedited Removal Order and removed from the United States to Honduras on June 22, 2007, via Harlingen, Texas.

5.      On or about December 18, 2015, GONZALEZ-PINEDA was encountered by U.S. Border Patrol agents at or near Sarita, Texas. GONZALEZ-PINEDA's prior order of removal was reinstated.

6.      On or about December 29, 2015, GONZALEZ-PINEDA was removed from the United States to Honduras via a flight from the Valley International Airport in Harlingen, Texas.

7.      On or about November 12, 2025, GONZALEZ-PINEDA was encountered by U.S. Border Patrol agents at or near Fort Gratiot, Michigan. GONZALEZ-PINEDA's prior order of removal was reinstated.

8.      The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225,

1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9.  Review of the alien file (A# xxx xxx 541) for GONZALEZ-PINEDA, and queries in U.S. Border Patrol computer databases confirm no record exists of GONZALEZ-PINEDA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on December 29, 2015.

10.  Based on the above information, I believe there is probable cause to conclude that Marvin GONZALEZ-PINEDA, a/k/a Mario SANCHEZ GONZALEZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_____
Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

November 17, 2025